**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABDEL RAHMAN MOHAMMAD KHALA ALGHANANIM, | ) ) ) | |
| Petitioner, | ) ) | |
| -vs- | ) ) | NO. CIV-26-0069-HE |
| FRED FIGUEROA, et al., | ) ) | |
| Respondents. | ) ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE